UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In the matter of:

Telese Georgia Hussey,             Case No. 12-57929-MBM
                                                Chapter 7
                Debtor.   /           Hon. Marci B. McIvor

**ORDER REGARDING DATE PROPERTY IS TO
BE VALUED FOR PURPOSES OF 11 U.S.C. § 554**

For the reasons set forth in the Opinion issued in conjunction with this Order,

IT IS HEREBY ORDERED that for the purposes of 11 U.S.C. § 554, the value of Debtor's real property should be determined as of the date Debtor filed her Motion to Abandon Property of the Estate.

Signed on April 05, 2013

                                       /s/ Marci B. McIvor
                                       Marci B. McIvor
                                       United States Bankruptcy Judge